JAMES THOMPSON ET AL. *vs.* LOUIS CHOTZIANOFF.

Third Judicial District.

Submitted on briefs January 22d—decided March 3d, 1908.

ACTION to recover for labor and materials furnished, brought to the District Court of Waterbury and tried to

the jury before *Cowell, J.;* verdict and judgment for the plaintiff for $583, and appeal by the defendant. *Error and new trial ordered.*

*Lucien F. Burpee, Terrence F. Carmody* and *Henry W. Minor,* for the appellant (defendant).

*Dennis J. Slavin,* for the appellees (plaintiffs).

Opinion filed with the clerk of the District Court of Waterbury.